United States District Court
Southern District of Texas
FILED

OCT 16 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. **B-18-834** |
| CATARINO CASTANEDA-SALAZAR | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about September 28, 2018, in the Southern District of Texas, Defendant,

**CATARINO CASTANEDA-SALAZAR,**

an alien previously denied admission, excluded, deported, and removed, was unlawfully present in the United States having been found in Cameron County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security.

In violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL:


_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

*Ana C. Cano*
ANA C. CANO
Assistant United States Attorney